Opinion issued July 31, 2008














In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-08-00578-CR

____________


JOHN OLIVER HULETT, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 232nd District Court

Harris County, Texas

Trial Court Cause No. 1169484






MEMORANDUM OPINION

 On July 3, 2008, appellant filed a motion to dismiss the above-referenced
appeal. (1) The motion complies with the Texas Rules of Appellate Procedure. See
Tex. R. App. P. 42.2(a).

 We have not yet issued a decision. Accordingly, the motion is granted and the
appeal is dismissed. 

 The Clerk of this Court is directed to issue the mandate. Tex. R. App. P. 18.1.

PER CURIAM

Panel consists of Chief Justice Radack, and Justices Keyes and Higley.

Do not publish. Tex. R. App. P. 47.2(b).
1. Appellant's motion to dismiss is signed by appellant John Oliver Hulett and by his
attorney of record Bob Wicoff.